IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES A. JONES,

                Plaintiff,

  v.

CRAWFORD COUNTY JAIL, SHERIFF DAVE
MCCULLICK, LIEUTENANT ROSS, DEPUTY NATE,
DEPUTY ALEX, CRAWFORD COUNTRY SHERIFF'S
DEPARTMENT, DEPUTY MARCUS PLOESSEL,            ORDER
SHIFT SUPERVISOR, PRAIRIE DU CHIEN POLICE
DEPARTMENT, CHIEF OF POLICE, OFFICER JB           25-cv-349-jdp
HEMMER, OFFICER STRNAD, SHIFT SUPERVSOR,
CROSSING RIVERS HEALTH, ER DOCTOR,
ADVANCED CORRECTIONAL HEALTHCARE, INC.,
DOCTOR ROBERT CORNWELL, JAIL NURSE,
NURSE PRACTITIONER RODRIGUEZ, and JOHN
AND/OR JANE DOE(S),

                Defendants.

---

Plaintiff James A. Jones, proceeding without counsel, brought a second amended complaint that was excessively long, argumentative, disorganized, and that asserted several claims against multiple defendants based on separate events. Dkt. 11. The court dismissed the second amended complaint based on those problems, but it allowed Jones to bring a third amended complaint by October 14, 2025. Dkt. 13. The court later extended the time for Jones to bring a third amended complaint to October 28, 2025. Dkt. 15. Jones didn't file a third amended complaint. Nor did Jones seek another extension of time to bring a third amended complaint or otherwise try to explain his failure to comply with the court's orders. I will dismiss the case without prejudice for failure to comply with the court's order.

ORDER

IT IS ORDERED that:

1. This case is DISMISSED without prejudice for failure to comply with a court order.

2. The clerk of court is directed to enter judgment and close the case.

Entered November 12, 2025.

                          BY THE COURT:

                          /s/

                          _____
                          JAMES D. PETERSON
                          District Judge